**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ISAAC RUSSELL                                                                                    PLAINTIFF
ADC #132326

V.                                          NO: 2:07CV00115 SWW/HDY

CORRECTIONAL
MEDICAL SERVICES INC. *et al.*                                              DEFENDANTS


## ORDER

    The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.[1]

After careful consideration, the Court concludes that the Proposed Findings and Partial

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.

    IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendant

Correctional Medical Services, Inc. (docket entry #15), is DENIED.

    DATED this 29th day of November, 2007.


                                                        /s/Susan Webber Wright

                                                         UNITED STATES DISTRICT JUDGE


---

        [1]Plaintiff submitted a document entitled "request to amend objections to [proposed
recommendation]."  The Court has reviewed the document and finds that Plaintiff states no
objections regarding Judge Young's recommended disposition of Defendant Correctional
Medical Services, Inc.'s motion to dismiss.